UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Mark Diana
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone (973) 656-1600
Fax: (973) 656-1611
Attorneys for Defendants

-------------------------------------------------------
DARYL MURRAY,                           : Hon. _____
                                        : Civ. Action No. _____
    Plaintiff,                         :
                                        :
v.                                      : **RULE 7.1 DISCLOSURE STATEMENT**
                                        :
ACTAVIS, INC., WATSON                   :
PHARMACEUTICALS, INC., et al.,          :
                                        :
    Defendants.                        :
-------------------------------------------------------

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants certifies as follows:

1. Defendant Actavis, Inc. is a wholly owned subsidiary of Actavis, plc, a publicly held corporation.  No other publicly held corporations own 10% or more of Defendant Actavis, Inc.'s stock.

2. Defendant Watson Pharmaceuticals, Inc. changed its name to Actavis, Inc. effective January 24, 2013.  Prior to its name change, Watson Pharmaceuticals, Inc. was a publicly held corporation, had no parent corporation, and, to the best of Defendants' knowledge, no publicly held corporation owned 10% or more of its stock.

-2-

        Respectfully Submitted,

        **OGLETREE, DEAKINS, NASH,**
        **SMOAK & STEWART, P.C.**
        Attorneys for Defendants


By:  /s/ Mark Diana

        10 Madison Avenue, Suite 400
        Morristown, New Jersey 07960
        Tel: (973) 656-1600
        Fax: (973) 656-1611
        mark.diana@odnss.com

Date:   February 25, 2014

17204274.1